(Habis Case 06-30S

(I)

Hear Comes George S Rollins, IN the Court for The Disrict Of Rhode Island.

(II)

FILED
DISTRICT OF RHODE ISLAND

I Would like To say, That we Need To have a better under-standing, with The U.S. Govrment then we had before, in helping us be Able To write To you, before There is Blood Shead; Out Hear again; between us And Them,

(III)

What I mean To say is That; we had, alot of Things That Happen Out hear before; as IN riot-and mayhem; why dose These people hear want; To go back To That some-day in Thy furture? because They don't care.

(IV)

What do we need To go back-

(VI)

We need To have some kind of understanding as To what we can do here; in The A.C.I; as To The Law.

(VII)

What one need To say; is That; we need a Outlet To express Ourself's in here; What can One say; when One Is put in a siteuation; When; One is Put in a Trick Like I'M in

(VIII)

What we need To say is — That; we need help here In The Prison Out; here

Thank's

George Stephen Rollins

P.S.

A.C.I Cranston R.I

P. Box 8273 - Me 02920

Gvo't

One Hurarbs; years fore at
This place has been just
Been a place of hate and
grifede; in The past, Why
Can't Changed The way This
place is Working; in The worst
Of Times; we Can't put into
Wordes What; is going on hear.

(V)

What is The help That is;
that I ask for? One That
we be able to come down
To The Court (Ad-Hoc) To be
able To express Ourselfe in
This world of Pain, I hav
been lieede To by; The Co
Of Rhode, Island, in The U
most-; you Can't Chang The
law- in This State, we h
The right To address Our
Wrong acts in The Court
Of The Court, Federal, Cou
Of Course; That is; we
need; To go; To your; for
redress; but we Can se
What That means hear; i
This State of R.I.

P.S.
(Number Eightet)

In cloused is a sample of
a a Blanketed Paper
By The State of Rhode
Island.
This dose not impress you
as To what IM saying
Then go and have this
Put under a mikacope
To see what it anit.

(X)
We say out here at This
A.C.I. That we can do
what we want; because
we don't care for The Law
because we don't have To
Too; if The State don't Right.
In closed is a little something
That can prove The State; dose
Not care for The Law.