# Criminal Docket Sheet Report



**Case ID:** P2-1996-4437AG **Description:** STEPHEN ROLLINS
**Filing Date:** 10-NOV-1996
**Original Case ID:** 40909651377
629618842

**Defendant Name:** STEPHEN ROLLINS
**BCI#:** 00056600 [redacted]
**Address:** ACI

CRANSTON RI

**Police Dept:** PROVIDENCE POLICE DEPARTMENT
**Incarcerated:**

**COURT APPOINTED ATTORNEY:** GERARD HUGH DONLEY

## Charge Information

**Count:** 1 11050011 **ASSLT W/INT MURDER**
**Offense Date:** 06-NOV-1996
**Charge Text:**
**Disposition:** DISMISSED 48A

**Count:** 2 11050012 **ASSLT W/INT ROBBERY**
**Offense Date:** 06-NOV-1996
**Charge Text:**
**Disposition:** DISMISSED 48A

**Count:** 3 11050020 **FEL ASSLT/DANGEROUS WEAPON/SUB**
**Offense Date:** 06-NOV-1996
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** SUSPENDED
**Term:** 20 Years
**Start:** 12-AUG-1997
**Judge:** JUDGE KRAUSE
**Text:**

**Sentence:** PROBATION
**Term:** 20 Years
**Start:** 12-AUG-1997
**Judge:** JUDGE KRAUSE
**Text:** CNCRT W/SENT SERVING

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 12-AUG-1997
**Judge:** JUDGE KRAUSE
**Text:** Amount: $750.00

# Criminal Docket Sheet Report



## Charge Information

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 12-AUG-1997
**Judge:** JUDGE KRAUSE
**Text:** Amount: $1500.00

**Sentence:** DRUG EDUCATION FUND
**Term:** 0 Years
**Start:** 12-AUG-1997
**Judge:** JUDGE KRAUSE
**Text:** Amount: $400.00

**Count:** 4 11050020 **FEL ASSLT/DANGEROUS WEAPON/SUB**
**Offense Date:** 06-NOV-1996
**Charge Text:**
**Disposition:** DISMISSED 48A

**Count:** 5 11050020 **FEL ASSLT/DANGEROUS WEAPON/SUB**
**Offense Date:** 06-NOV-1996
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 17 Years
**Start:** 12-AUG-1997
**Judge:** JUDGE KRAUSE
**Text:** CONCURR W/EACH COUNT

**Count:** 6 11050020 **FEL ASSLT/DANGEROUS WEAPON/SUB**
**Offense Date:** 06-NOV-1996
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 17 Years
**Start:** 12-AUG-1997
**Judge:** JUDGE KRAUSE
**Text:** CONCURR W/EACH COUNT

**Count:** 7 11470050 **POSS ARMS/CONVICTED VIOL CRIME**
**Offense Date:** 06-NOV-1996
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

## Charge Information

**Sentence:** TERM TO SERVE
**Term:** 10 Years
**Start:** 12-AUG-1997
**Judge:** JUDGE KRAUSE
**Text:** CONCURR W/EACH COUNT

**Count:** 8 11470030 **CARRY WEAPON/CRIME OF VIOLENCE**
**Offense Date:** 06-NOV-1996
**Charge Text:**
**Disposition:** DISMISSED 48A

**Count:** 9 28401C1A **POSS SCH I - V CNTRL SUBSTANCE**
**Offense Date:** 06-NOV-1996
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 3 Years
**Start:** 12-AUG-1997
**Judge:** JUDGE KRAUSE
**Text:** CONCURR W/EACH COUNT

**Count:** 10 28401C1A **POSS SCH I - V CNTRL SUBSTANCE**
**Offense Date:** 06-NOV-1996
**Charge Text:**
**Disposition:** DISMISSED 48A

**Count:** 11 11470420 **POSSESSION WEAPON NOT FIREARM**
**Offense Date:** 06-NOV-1996
**Charge Text:**
**Disposition:** DISMISSED 48A

**Count:** 12 11470420 **POSSESSION WEAPON NOT FIREARM**
**Offense Date:** 06-NOV-1996
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 1 Years
**Start:** 12-AUG-1997
**Judge:** JUDGE KRAUSE
**Text:** CONCURR W/EACH COUNT

## Charge Information

**Count:** 13 11470420 **POSSESSION WEAPON NOT FIREARM**

**Offense Date:** 06-NOV-1996

**Charge Text:**

**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 1 Years
**Start:** 12-AUG-1997
**Judge:** JUDGE KRAUSE
**Text:** CONCURR W/EACH COUNT

**Count:** 14 12190210 **HABITUAL CRIMINAL**

**Offense Date:** 06-NOV-1996

**Charge Text:**

**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 1 Years
**Start:** 12-AUG-1997
**Judge:** JUDGE KRAUSE
**Text:** CONSEC W/EACH COUNT

**Count:** 101 11050011 **ASSLT W/INT MURDER**

**Offense Date:** 06-NOV-1996

**Charge Text:**

**Disposition:** INFORMATION SIGNED

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

## Bail Information

10-NOV-1996 TYPE OF BAIL SET Bail Type: H/W/O BAIL; Judge/Bail: B.C. CAMPANELLA

27-JAN-1997 TYPE OF BAIL SET Bail Type: H/W/O BAIL; Judge/Bail: GEMMA

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|

## Events

| Date | Event | Judge |
|---|---|---|

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 10-NOV-1996 | **FELONY INITIAL APPEARANCE** | CAMPANELLA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DEFT REFERRED PUBLIC DEFENDER | |
| 12-NOV-1996 | **BAIL REVIEW** | PIRRAGLIA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DOCKET NOTE AFTER HEARING, BAIL REMAINS THE SAME, HWOB | |
| 18-NOV-1996 | **DETERMINATION OF ATTORNEY** | |
| | EVENT ACTION PASSED | |
| 22-NOV-1996 | **BAIL HEARING** | ERICKSON, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON BY JUDGE | |
| 22-NOV-1996 | **PRESENT AS A VIOLATOR** | ERICKSON, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON BY JUDGE | |
| 02-DEC-1996 | **VIOLATION HEARING** | ERICKSON, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON BY JUDGE | |
| 02-DEC-1996 | **STATUS REPORT** | |
| | EVENT ACTION PASSED | |
| 09-DEC-1996 | **BAIL HEARING** | CENERINI, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON BY JUDGE | |
| 09-DEC-1996 | **PRESENT AS A VIOLATOR** | CENERINI, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON BY JUDGE | |
| 02-JAN-1997 | **PRE-ARRAIGNMENT DISP CONFERENC** | MCATEE, MAGISTRATE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR ARRAIGNMENT | |
| 06-JAN-1997 | **PRE-ARRAIGNMENT DISP CONFERENC** | MCATEE, MAGISTRATE |
| | EVENT ACTION PASSED | |
| | EVENT REASON BY ORDER OF THE COURT | |
| | DOCKET NOTE TO BE HEARD BEFORE J. GEMMA | |
| 17-JAN-1997 | **ARRAIGNMENT** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON OTHER EVENT SCHEDULED THAT DATE | |
| 17-JAN-1997 | **STATE'S MOTION** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON OTHER EVENT SCHEDULED THAT DATE | |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 27-JAN-1997 | **ARRAIGNMENT**<br>EVENT ACTION COMPLETED<br>EVENT REASON REFERRED TO PUBLIC DEFENDER<br>DEFT ARRGN & PLEADS NOT GUILTY<br>REMANDED TO THE ACI | GEMMA, JUDGE |
| 03-FEB-1997 | **COMPETENCY HEARING**<br>EVENT ACTION POSTPONED<br>EVENT REASON COMPETENCY REPORT NOT FILED | GEMMA, JUDGE |
| 03-FEB-1997 | **DETERMINATION OF ATTORNEY**<br>EVENT ACTION POSTPONED<br>EVENT REASON COMPETENCY REPORT NOT FILED | GEMMA, JUDGE |
| 10-FEB-1997 | **COMPETENCY HEARING**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | GEMMA, JUDGE |
| 10-FEB-1997 | **DETERMINATION OF ATTORNEY**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | GEMMA, JUDGE |
| 19-FEB-1997 | **COMPETENCY HEARING**<br>EVENT ACTION POSTPONED<br>EVENT REASON COMPETENCY REPORT NOT FILED | GEMMA, JUDGE |
| 19-FEB-1997 | **DETERMINATION OF ATTORNEY**<br>EVENT ACTION POSTPONED<br>EVENT REASON COMPETENCY REPORT NOT FILED<br>DOCKET NOTE DEFENDANT REFUSES TO BE INTERVIEWED BY PUBLIC DEF | GEMMA, JUDGE |
| 27-FEB-1997 | **MOTION**<br>EVENT ACTION POSTPONED<br>EVENT REASON OTHER EVENT SCHEDULED THAT DATE | SHEEHAN, JUDGE |
| 12-MAR-1997 | **COMPETENCY HEARING**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | GEMMA, JUDGE |
| 12-MAR-1997 | **DETERMINATION OF ATTORNEY**<br>EVENT ACTION COMPLETED | GEMMA, JUDGE |
| 12-MAR-1997 | **MOTION**<br>EVENT ACTION DENIED | GEMMA, JUDGE |

# Criminal Docket Sheet Report

P2-1996-4437AG

## Events

| Date | Event | Judge |
|---|---|---|
| 11-APR-1997 | **COMPETENCY HEARING** | SHEEHAN, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON DEFENDANT FOUND COMPETENT | |
| | HEARING PROCEEDS & CONCLUDES | |
| | EXHIBITS FILED W/CLERKS OFFICE | |
| 23-APR-1997 | **DETERMINATION OF ATTORNEY** | KRAUSE, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| 23-APR-1997 | **PRE-TRIAL CONFERENCE** | KRAUSE, JUDGE |
| | EVENT ACTION PASSED | |
| 30-APR-1997 | **DETERMINATION OF ATTORNEY** | KRAUSE, JUDGE |
| | EVENT ACTION COMPLETED | |
| 30-APR-1997 | **PRE-TRIAL CONFERENCE** | KRAUSE, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 16-MAY-1997 | **PRE-TRIAL CONFERENCE** | KRAUSE, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 06-JUN-1997 | **PRE-TRIAL CONFERENCE** | KRAUSE, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 27-JUN-1997 | **PRE-TRIAL CONFERENCE** | KRAUSE, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 06-AUG-1997 | **STATUS CONFERENCE** | KRAUSE, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 12-AUG-1997 | **STATUS CONFERENCE** | KRAUSE, JUDGE |
| | EVENT ACTION DISP/SENT | |
| | CASE DISPOSED | |
| | DEFN RETRACTS PLEA/NOT GUILTY | |
| | PRE-SENTENCE REPORT WAIVED | |

## Case Jackets

| Check Out | Returned | Person Name | Text |
|---|---|---|---|

## Case Evidence

| Check Out | Returned | Person Name | Text |
|---|---|---|---|

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 10-NOV-1996 | DEFT REFERRED PUBLIC DEFENDER | |
| 10-NOV-1996 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: B.C. CAMPANELLA |
| 10-NOV-1996 | EVENT ACTION | COMPLETED |
| 10-NOV-1996 | CASE INITIATION | |
| 12-NOV-1996 | DOCKET NOTE | AFTER HEARING, BAIL REMAINS THE SAME, HWOB |
| 12-NOV-1996 | EVENT ACTION | COMPLETED |
| 18-NOV-1996 | EVENT ACTION | PASSED |
| 22-NOV-1996 | EVENT ACTION | PASSED |
| 22-NOV-1996 | EVENT ACTION | PASSED |
| 22-NOV-1996 | EVENT REASON | BY JUDGE |
| 22-NOV-1996 | EVENT REASON | BY JUDGE |
| 02-DEC-1996 | EVENT ACTION | PASSED |
| 02-DEC-1996 | EVENT ACTION | COMPLETED |
| 02-DEC-1996 | EVENT REASON | BY JUDGE |
| 09-DEC-1996 | EVENT ACTION | PASSED |
| 09-DEC-1996 | EVENT ACTION | PASSED |
| 09-DEC-1996 | EVENT REASON | BY JUDGE |
| 09-DEC-1996 | EVENT REASON | BY JUDGE |
| 19-DEC-1996 | DISPOSITION PROSECUTOR | Prostr: LEVIN |
| 24-DEC-1996 | INFORMATION FILED | Party Filing: STATE |
| 02-JAN-1997 | EVENT ACTION | COMPLETED |
| 02-JAN-1997 | EVENT REASON | CASE PASSED FOR ARRAIGNMENT |
| 06-JAN-1997 | DOCKET NOTE | TO BE HEARD BEFORE J. GEMMA |
| 06-JAN-1997 | EVENT ACTION | PASSED |
| 06-JAN-1997 | EVENT REASON | BY ORDER OF THE COURT |
| 13-JAN-1997 | ORDER ENTERED | Party Filing: COURT |
| 17-JAN-1997 | EVENT ACTION | POSTPONED |
| 17-JAN-1997 | EVENT ACTION | POSTPONED |
| 17-JAN-1997 | EVENT REASON | OTHER EVENT SCHEDULED THAT DATE |
| 17-JAN-1997 | EVENT REASON | OTHER EVENT SCHEDULED THAT DATE |
| 27-JAN-1997 | REMANDED TO THE ACI | |
| 27-JAN-1997 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 27-JAN-1997 | NTC OF A.G. HABITUAL OFFENDER | Party Filing: STATE |
| 27-JAN-1997 | OTHER DOCUMENT | Party Filing: STATE ; Note: ORIGINAL INFORMATION FILED |
| 27-JAN-1997 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: GEMMA |
| 27-JAN-1997 | EVENT ACTION | COMPLETED |
| 27-JAN-1997 | EVENT REASON | REFERRED TO PUBLIC DEFENDER |
| 03-FEB-1997 | EVENT ACTION | POSTPONED |
| 03-FEB-1997 | EVENT ACTION | POSTPONED |
| 03-FEB-1997 | EVENT REASON | COMPETENCY REPORT NOT FILED |
| 03-FEB-1997 | EVENT REASON | COMPETENCY REPORT NOT FILED |
| 10-FEB-1997 | EVENT ACTION | POSTPONED |
| 10-FEB-1997 | EVENT ACTION | POSTPONED |
| 10-FEB-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 10-FEB-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 19-FEB-1997 | DOCKET NOTE | DEFENDANT REFUSES TO BE INTERVIEWED BY PUBLIC DEF |
| 19-FEB-1997 | EVENT ACTION | POSTPONED |
| 19-FEB-1997 | EVENT ACTION | POSTPONED |
| 19-FEB-1997 | EVENT REASON | COMPETENCY REPORT NOT FILED |
| 19-FEB-1997 | EVENT REASON | COMPETENCY REPORT NOT FILED |
| 27-FEB-1997 | EVENT ACTION | POSTPONED |
| 27-FEB-1997 | EVENT REASON | OTHER EVENT SCHEDULED THAT DATE |
| 12-MAR-1997 | EVENT ACTION | POSTPONED |
| 12-MAR-1997 | EVENT ACTION | COMPLETED |
| 12-MAR-1997 | EVENT ACTION | DENIED |
| 12-MAR-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 11-APR-1997 | EXHIBITS FILED W/CLERKS OFFICE | |
| 11-APR-1997 | HEARING PROCEEDS & CONCLUDES | |
| 11-APR-1997 | EVENT ACTION | COMPLETED |
| 11-APR-1997 | EVENT REASON | DEFENDANT FOUND COMPETENT |
| 23-APR-1997 | EVENT ACTION | POSTPONED |
| 23-APR-1997 | EVENT ACTION | PASSED |
| 23-APR-1997 | EVENT REASON | REPRESENTATION PROBLEM |
| 29-APR-1997 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT ; Note: G DONLEY #3509 |
| 30-APR-1997 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: GERARD DONLERY #3509 |
| 30-APR-1997 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: GERARD DONLEY |
| 30-APR-1997 | EVENT ACTION | COMPLETED |
| 30-APR-1997 | EVENT ACTION | POSTPONED |
| 30-APR-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 13-MAY-1997 | MOTION FOR BILL OF PARTICULARS | Party Filing: DEFENSE |
| 13-MAY-1997 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 13-MAY-1997 | MOTION EXCULPATORY EVIDENCE | Party Filing: DEFENSE |
| 13-MAY-1997 | MOTION | Party Filing: DEFENSE ; Note: FOR FUNDS TO ORDER TRANSCRIPT |
| 16-MAY-1997 | EVENT ACTION | POSTPONED |
| 16-MAY-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 06-JUN-1997 | ANS DEFT MOTION BILL OF PARTIC | Party Filing: STATE |
| 06-JUN-1997 | ANS DEFT MOT FOR EXCULP EVID | Party Filing: STATE |
| 06-JUN-1997 | NTC OF A.G. HABITUAL OFFENDER | Party Filing: STATE |
| 06-JUN-1997 | REQUEST DISCOVERY AND ALIBI | Party Filing: STATE |
| 06-JUN-1997 | RSP DEFT REQ DSCVY/INSPEC | Party Filing: STATE |
| 06-JUN-1997 | EVENT ACTION | POSTPONED |
| 06-JUN-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 27-JUN-1997 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 27-JUN-1997 | EVENT ACTION | COMPLETED |
| 27-JUN-1997 | EVENT REASON | CASE PASSED FOR TRIAL |
| 03-JUL-1997 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 30-JUL-1997 | MOTION TO COMPEL | Party Filing: STATE |
| 06-AUG-1997 | EVENT ACTION | POSTPONED |
| 06-AUG-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 12-AUG-1997 | CERTIFICATE OF JUDGE | Party Filing: COURT |
| 12-AUG-1997 | 48A DISMISSAL FILED | Party Filing: STATE ; Note: COUNTS 1,2,4,8,10 & 11 |
| 12-AUG-1997 | JUDGMENT OF CONVICTION ENTERED | Party Filing: COURT |
| 12-AUG-1997 | PRE-SENTENCE REPORT WAIVED | |
| 12-AUG-1997 | DEFN RETRACTS PLEA/NOT GUILTY | |
| 12-AUG-1997 | DISPOSITION DEFENSE ATTORNEY | Defense Attorney: DONLEY, GERARD HUGH |
| 12-AUG-1997 | DISPOSITION PROSECUTOR | Prostr: LEVIN |
| 12-AUG-1997 | CASE DISPOSED | |
| 12-AUG-1997 | EVENT ACTION | DISP/SENT |
| 12-AUG-1997 | SENTENCE NOTE | ALL COUNTS TO RUN CONCURRENT W/ EACHOTHER EXCEPT COUNT 3 WHICH SHALL RUN CONSECUTIVELY RETROACTIVE TO 11/9/96 |
| 13-JAN-2004 | FILE REC'D FROM RECORD CENTER | |
| 20-JUL-2004 | FILE TRANSFERRED RECORD CENTER | |