CA06-30 S

Dear
Sir.

We would like To Say, That, We Would like To Think That; it is Not bad, for me To Say, but Too Much a fair done, piece of work That we know what we Can Say But for me To Say That, we Can Understand One aonther in This matter; but To Say you Can't Have a good IN Time, or we Can't Say That we Can't, be rid of The Percedes in That we know That we Can Kill one aonther in This matter. To kill or be kill, is Not The matter, but The whole State, and Preson Stymlem, The A.C.I.; Over we Can't see what Is going On. So we Can't let This Palom heurt this Appatus Tuemum for us not kill The matter before us.

You have To release me from This Place of Confinment, That is what Makes This a Habus Coupu.

Yours
Truly.
George Stephon Collins A.K.A King George