UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| GEORGE STEPHEN ROLLINS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>A.T. WALL, )<br>)<br>Respondent. )<br>) | C.A. No. 06-30S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on May 30, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Respondent's Motion to Dismiss is GRANTED.

By Order,

/s/
Deputy Clerk

ENTER:

/s/
William E. Smith
United States District Judge

Date: 6/22/06