UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GEORGE STEPHEN ROLLINS,

Petitioner,

v. C.A. No. 06-30S

A.T. WALL,

Respondent.

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on May 30, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Respondent's Motion to Dismiss is GRANTED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 6/22/06