AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GEORGE STEPHEN ROLLINS

V.

A.T. WALL

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 06-30S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF RESPONDENT, A.T. WALL, AGAINST PETITIONER, GEORGE STEPHEN ROLLINS.**

June 26, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk