Habea Copus

This is appeal from The District Court decisen of 3 Three O-6.

(I)

In enesse The one That I Claimed That The State could not do To me what it Wanted Too.

(II)

AT that Time I was not right in my head, at all, but now I feel a-lot better Then I was before.

(III)

It would be better for me To do This in person, To tell You The hard Time That IM Suffering here at the A.C.I

(IV)

What I need is a interver With The State Police or Someone from The A.G. Office.

(V)

IN Regards To all The Corruption Out here at The A.C.I

(VI)
Do you have any idea how, much money That is spent, Out here, on Over-Time, Sir's

(VII)
I have a desiae's of The Brain, That is Called Syerusless, That has No Cure That is Know of.
But The only way it Can be Apprenesten ed is Collwlt, Trement's with are Very, Costly.

(VIII)
The state say That I Have No right to any Treatment What-soever -, by saying, That I had Hip-C, insted Of Seyeverless of The Brain.
What is The court to say About this.

Verly Truly
George Stephan Rollins
A.K.A Alfa Man!
53434
Max, Sec.