CA 06 305

Dear,
Sir.!

this is in respond, To The responds That I received -, from The Court on, 8-30-6 -, I do not know, from What The Court, wants To Appeal -, To. or from.

We hear at at The A.C.I, don't have any Book's That -, are up To date, Their is no -, Liberay Service Out hear at all.

Since The Federal covernment has, let These people off The Yoke, Out hear.

we don't have nothing Out hear at all, I need The Court To help me out, and [illegible] me a Layer, so I can [illegible] my [illegible] [illegible], To the -, Court.

I have, "Brain Cancer" or as You will, Hyppertyo [illegible] (Both, [illegible], [illegible].

How can I persede, like This. Enclosed, Writ of Habea Corpus. That was filed in The Year,

2-Thoughts and 2002, Fails
Year's ago, what do I do when
I Can't get what i [illegible]
Correctly, from the State Courts
[illegible], From The Court
That, [illegible].

[illegible]
[illegible signature]

AFFIANT