MANDATE

# United States Court of Appeals
## For the First Circuit

06-00030
Rhode Island
W. Smith

No. 06-2263

GEORGE S. ROLLINS,

Petitioner, Appellant,

v.

A.T. WALL, SUPERINTENDENT OF THE RHODE ISLAND DEPARTMENT OF CORRECTIONS,

Respondent, Appellee.

Before

Torruella, Selya and Howard,
Circuit Judges.

JUDGMENT

Entered: October 12, 2006

Final judgment entered on June 26, 2006. Appellant then had thirty days in which to appeal. See Fed. R. App. P. 4(a)(1). Because no timely notice of appeal was filed, this appeal is dismissed as untimely.

Dismissed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Coleman
Deputy Clerk

Date: 11-2-06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

[cc: George S. Rollins, Aaron L. Weisman, AAG]